# Court of Appeals
# of the State of Georgia

ATLANTA, October 09, 2018

*The Court of Appeals hereby passes the following order*

**A19D0102. IN THE INTEREST L. K. M. et al., CHILDREN (FATHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1800313 1800314



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, October 09, 2018.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*